## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | 8:06CR184 |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| **GREGG STEVENSON,** ) | |
| ) | |
| **Defendant.** ) | |

The oral motion to continue made by the parties is granted.

The evidentiary hearing on all pending motions is continued to **November 20, 2006, at 1:00 p.m.** before the undersigned magistrate judge, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

This being a criminal case, the defendant must be present unless otherwise ordered by the court.

DATED this 3rd day of November, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge