IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR184 |
| | ) | |
| v. | ) | |
| | ) | |
| GREGG STEVENSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to suppress evidence (Filing No. 37), the report and recommendation of the magistrate judge (Filing No. 63), and the objections of defendant to said report (Filing No. 64).

The Court has conducted a review of the transcript (Filing No. 57) and the report and recommendation of the magistrate judge, together with defendant's objections thereto, and the briefs of the parties. The Court finds that the report and recommendation should be approved and adopted for the reasons stated by the magistrate judge in his opinion. Accordingly,

IT IS ORDERED:

1) The report and recommendation of the magistrate judge is approved and adopted; defendant's motion to suppress is denied.

      2) Trial of this matter is scheduled for:

**Monday, May 21, 2007, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  In order to give counsel adequate time to prepare for trial, and to accommodate the Court's trial schedule, the matter is continued until that date.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between March 29, 2007, and May 21, 2007, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

      DATED this 29th day of March, 2007.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                          LYLE E. STROM, Senior Judge
                          United States District Court